IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICHARD FIGUEROA, Plaintiff, | )<br>)<br>) |
| v. | ) Case No.: 5:21-cv-1060 |
| ENHANCED RECOVERY COMPANY, LLC & TRANS UNION, LLC, Defendants. | )<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO ENHANCED RECOVERY COMPANY, LLC

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff and Defendant have asked this Court to dismiss all claims against Defendant Enhanced Recovery Company, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the Stipulation of Dismissal is GRANTED, and all claims are to be dismissed with prejudice against Defendant Enhanced Recovery Company, LLC.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this 7th day of March, 2022

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE