IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RICHARD FIGUEROA,

    Plaintiff,

v.

ENHANCED RECOVERY, and TRANS UNION, LLC,

    Defendants.

Case No. 5:21-cv-01060-XR

## ORDER OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

Plaintiff Richard Figueroa and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal of Trans Union LLC with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal of Trans Union LLC with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Richard Figueroa against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same. The Clerk's Office is DIRECTED to close this case.

DATED this ___11th___ day of _____May_____, 2022.

    **HONORABLE XAVIER RODRIGUEZ**
    UNITED STATES DISTRICT JUDGE

3436390.1